# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE - RULE 5
### (Complaint/Indictment/Other District)

**Case No.:** 7:18-MJ-00143      **Date:** 12/6/2018

**Defendant(s):** Dominique Perez, custody      **Counsel:** Allegra Black, FPD

| PRESENT: | Presiding Judge: | Robert S. Ballou | TIME IN COURT: 10 min |
|---|---|---|---|
| | Deputy Clerk: | K. Brown | |
| | Court Reporter: | K. Brown | |
| | AUSA: | Matt Miller | |
| | USPO: | Mike Terry | |
| | Case Agent: | | |

☒    Defendant arrested on warrant from Eastern District of Virginia, Alexandria Division

**RIGHTS:**
☒    Defendant advised of charges and nature of proceedings and provision of Rule 20.
☒    Defendant advised of right to retain counsel or to request that counsel be appointed.
☒    Defendant advised of right to preliminary exam.
☒    Defendant advised of right to identity hearing.
☒    Defendant advised of right to a bond/detention hearing.

**COUNSEL:**
☒    Defendant requests appointment of counsel. CJA 23 Financial Affidavit completed. FPD appointed.

**IDENTITY:**
☒    Identity hearing waived.

**PRELIMINARY HEARING:**
☒    Defendant requests preliminary hearing. Hearing set for 12/11/2018 at 2:00pm.

**RELEASE/DETENTION:**
☒    Government moves for detention. Detention hearing set for 12/11/2018 at 2:00pm

**Additional Information:**
2:10
Parties present and represented by counsel.
Defendant requests a preliminary hearing and bond hearing. Government moves for detention. Defendant states there are no issues as to identity. Deft will require witnesses from North Carolina, and Government will require the case agent. Case set over for Tuesday, 12/11/2018 at 2pm. TOD to enter.
Adjourned.
2:20